PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $11,000.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:22-MC-00156-WBS-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Alana Wynne ("claimant"), by and through their respective counsel, as follows:

1. On or about February 16, 2022, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $11,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 30, 2021.

2. The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is May 17, 2022.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 15, 2022.

Dated:  05/16/22

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated:  05/16/22

/s/ Bruce Rivers
BRUCE RIVERS
Attorney for potential claimant
Alana Wynne
RIVERS LAW FIRMS, P.A.
701 Fourth Avenue South, Suite 300
Minneapolis, MN 55415
612-339-3939
kwilson@riverslawyers.com

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: May 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time